UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05652-SVW-PJW | Date | September 17, 2020 |
|---|---|---|---|
| Title | Maurilio Duran v. Wal-Mart Stores, Inc., et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**    IN CHAMBERS ORDER REMANDING CASE

    A defendant has 30 days to remove a case after removability first becomes ascertainable. 28 U.S.C. § 1446(b)(3). The statute is "strictly construe[d]" against removal. Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992). Defendant received Plaintiff's Statement of Damages on May 5, 2020. Dkt. 6, Exs. 4-5. That document described past and future medical expenses exceeding $75,000, which triggered the 30-day removal period. See Neky v. Costco Wholesale Corp., 2019 WL 5076667, at *2 (N.D. Cal. 2019). Defendant's June 25, 2020 notice of removal was therefore untimely and Plaintiff's motion to remand is GRANTED. Plaintiff's request for attorney's fees under § 1447(c) is DENIED because Defendant's argument was not unreasonable. See Lussier v. Dollar Tree Stores, Inc., 518 F.3d 1062, 1065 (9th Cir. 2008); Agdayan v. Travelers Commercial Ins. Co., 2017 WL 4792202 (C.D. Cal. 2017).

                                                                                                  :

Initials of Preparer      PMC